**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAY LYNN DICKSON**                                                                          **PLAINTIFF**

**VS.**                                              **4:18-CV-00875-BRW**

**SHANE JONES,** *et al*.                                                                          **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of December, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE